JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. <u>SACV 17-01897 JVS(AFMx)</u>          Date <u>February 11, 2019</u>

Title: <u>Jacob Townsend v. Yorkshire Acquisition Group</u>

Present: The Honorable <u>JAMES V. SELNA</u>

| <u>Karla J. Tunis</u> | <u>Not Present</u> |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present          Not Present

Proceedings:  ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated <u>5/7/2018</u>.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☒  Other <u>Make JS-6</u>

☐  Entered _____.

Initials of Preparer _____